229 U. S.   Decisions on Petitions for Writs of Certiorari.

No. 1136. NEWPORT NEWS SHIP BUILDING & DRY
DOCK COMPANY, PETITIONER, *v.* THE STEAMBOAT SARA-
TOGA, ETC.   June 10, 1913.   Petition for a writ of cer-
tiorari to the United States Circuit Court of Appeals for
the Second Circuit denied.   *Mr. Samuel Park, Mr. H. E.
Mattison* and *Mr. J. E. Carpenter* for the petitioner.
*Mr. C. C. Burlingham* for the respondent.

No. 1141. THE MARIAN COAL COMPANY, PETITIONER,
*v.* JOHN W. PEALE.   June 10, 1913.   Petition for a writ of
certiorari to the United States Circuit Court of Appeals
for the Third Circuit denied.   *Mr. Henry H. Glassie* for the
petitioner.   No appearance for the respondent.

No. 1110. WIDOW W. W. SHIPP, PETITIONER, *v.* THE
TEXAS & PACIFIC RAILWAY COMPANY.   Petition for a
writ of certiorari to the United States Circuit Court of
Appeals for the Fifth Circuit.   June 10, 1913.   *Per Curiam.*
Petition denied.   (*Re Tampa Suburban Railroad Co.*, 168
U. S. 583, 587–588; *Texas & Pacific Ry. Co.* v. *Bourman*,
212 U. S. 538.)   *Mr. Charles Louque* for the petitioner.
No appearance for the respondent.

No. 1134. LAURA R. CRAMER, PETITIONER, *v.* LEE M.
HURD, EXECUTOR, ETC.   June 16, 1913.   Petition for a
writ of certiorari to the Court of Appeals of the District of
Columbia denied.   *Mr. Arthur A. Birney* and *Mr. Wharton
E. Lester* for the petitioner.   *Mr. Richard A. Ford* for the
respondent.